445 A.2d 247

Crumity, Appellant, v. Sheppard.

Argued November 12, 1980. Frances A. Frederick, for appellant; No appearance entered nor briefs submitted for appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Affirmed.

———

445 A.2d 247

Dalessandro v. Silver Springs Golf Club et al.

Appeal of Arthur Dalessandro as parent and natural guardian of David Dalessandro, a minor in his own right.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Argued June 24, 1981. Keith S. Erbstein, for appellant; William A. Addams, for Silver Springs, appellee; Ronald R. Rutenberg, for Fazio, appellee; Grace R. Schuyler, for Harvey, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.